# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0901. CLARETHA ROSS v. THE STATE.**

A jury found Claretha Ross guilty of theft charges, and the trial court entered sentence on March 28, 2008. On January 20, 2022, Ross filed an out-of-time notice of appeal, and the trial court transmitted the record. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317, 317 (1) (454 SE2d 458) (1995). Here, Ross filed her notice of appeal almost 14 years after her conviction. Although Ross purported to file an out-of-time appeal, the Supreme Court has made clear that an out-of-time appeal is not a viable remedy in a criminal case. See *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.

Ross has filed a motion to withdraw her appeal, which is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/29/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*